[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 17-13293
Non-Argument Calendar

————————————————

D.C. Docket No. 7:16-cr-00027-HL-TQL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN ROBERT REGISTER, JR.,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Georgia

————————————————

(January 16, 2018)

Before WILLIAM PRYOR, JILL PRYOR and FAY, Circuit Judges.

PER CURIAM:

Robert J. Pinnero, appointed counsel for John Register, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Register's convictions and sentences are **AFFIRMED**.